IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION and PAMELA CRAWFORD, | § § § § | |
| Plaintiff and Plaintiff-Intervenor, | § § | |
| v. | § | 3:08-CV-1726-P |
| ACCOR NORTH AMERICA, INC., | § § § | |
| Defendant. | § | |

## ORDER

Now before the Court is Plaintiff Equal Employment Opportunity Commission's ("Plaintiff" or "EEOC") Motion to Reopen Depositions, filed on January 29, 2010; and Defendant Accor North America, Inc.'s ("Defendant" or "Accor") Motion for a Continuance filed March 15, 2010. After reviewing the parties' briefing, the evidence, and the applicable law, the Court is of the opinion that both Motions should be GRANTED.

Accordingly, the Court hereby Orders:

(1) Depositions reopened until May 14, 2010, for the limited purposes of questioning Alan Rabinowitz, Bridgett Zeterberg, Carolyn Ritchie, and Dana Withers about the additional documents provided to the EEOC on the next to last day of discovery.

(2) All previous deadlines in this case are vacated.

(3) This case is scheduled for a Jury Trial on this Court's two-week docket beginning June 21, 2010 at 9 a.m.

(4) The Pretrial Conference is scheduled for May 21, 2010, at 9:30 a.m.

(5) All other deadlines will be set by further written order of the Court.

**IT IS SO ORDERED** this 17th day of March 2010.

JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE