IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ET AL., | § § § | |
| Plaintiff, | § § | |
| v. | § § | NO. 3:08-CV-1726-P |
| ACCOR NORTH AMERICA, INC., | § § § | |
| Defendant. | § | |

**FIRST AMENDED SCHEDULING ORDER**
**TRIAL DATE: JUNE 21, 2010, 9:00 A.M.**
**PRETRIAL CONFERENCE DATE: JUNE 4, 2010, 9:00 A.M.**

The Court, having granted the Motion to Reopen Depositions, establishes the following amended schedule for disposition of this case:

1) The **JURY TRIAL** is scheduled for **June 21, 2010 at 9:00 a.m.**

2) A Pretrial Conference is **re-scheduled** for **June 4, 2010 at 9:00 a.m.**

3) Counsel shall file by **May 28, 2010**, a Joint Pretrial Order containing the information required by Local Rule 16.4 plus the following:

   (a) A list of witnesses who may be called by each party in its case in chief. Each such witness list shall contain a narrative summary of the testimony to be elicited from each witness, shall state whether the witness has been deposed, and whether the witness' testimony at trial is "probable," "possible," "expert" or "record custodian." A copy of this list must be furnished to the Court Reporter prior to trial;

   (b) Each party's requested jury instructions (annotated) and interrogatories;

   (c) A report as to settlement negotiations and the status thereof as of the date of the Pretrial Order; and

   (d) Trial briefs may be filed with the Pretrial Order, but are not required unless specifically requested by the Court.

        The Joint Pretrial Order will control all subsequent proceedings in the case.

4)     The actions required by Local Rule 26.2 shall be accomplished by **June 9, 2010.** <u>This shall include furnishing a marked copy of the exhibits to the Court's Chambers</u>. **PLEASE NOTE**: All exhibits are to be placed in three-ring binders. Label the notebook with the style of the case, case number and whether it is plaintiff(s) or defendant(s) notebook. The first page of the notebook should have the style of the case, case number and "Plaintiff(s)/Defendant(s) Exhibit Notebook." The next page should be the exhibit index. Each exhibit should be tabbed for ease of locating exhibit. Special exhibit labels are not necessary. You may use the standard plaintiff/defendant exhibit labels. In jury trials, provide one set of exhibits for the judge. In bench trials, provide one set of exhibits for the judge and one set of exhibits for the law clerk. Have exhibits delivered to chambers. The Court does not accept the original exhibits prior to trial. The original exhibits are retained by counsel and shall be admitted into the official record throughout the trial. It is the duty of counsel to care for the original exhibits <u>before and after</u> trial. A receipt for exhibit form will be given to counsel after trial, indicating that the original exhibits have been taken back into the custody of each counsel. Said receipt for exhibit form will be filed with the District Clerk and will become part of the official record in the case. It will be the responsibility of each counsel to forward to the Court of Appeals any exhibits deemed necessary for appeal. **All questions regarding exhibits are to be directed to the Court Reporter at 214/753-2349.**

5)     Objections to witnesses (except expert witnesses), exhibits, and deposition designations shall be filed by **June 14, 2010.**

        Counsel must confer about exhibits and make reasonable efforts to agree upon admissibility.

6)     Motions in limine and requested voir dire questions shall be filed by **June 14, 2010.**

7)     All objections to the proposed jury instructions shall be filed by **June 14, 2010.**

        SO ORDERED this 22nd day of March 2010.

                                                _____
                                                JORGE A. SOLIS
                                                UNITED STATES DISTRICT JUDGE